UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG VARTANIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE LEGAL INC. NATIONWIDE LEGAL, LLC, and DOES 1-100, inclusive,<br><br>Defendant. | Case No.: CV 12-00691 EMC<br><br>**CLASS ACTION COMPLAINT**<br><br>Assigned to Hon. Edward Chen<br><br>Ctrm:   5<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF MEDIATION COMPLETION DATE AND CLASS CERTIFICATION PROCEEDINGS**<br><br>Complaint Filed:   February 13, 2012 |

The Court has considered the parties' Stipulation to continue the mediation completion date and other dates, and finds that it is in the interests of all parties and in the service of judicial economy that it be granted.

It is therefore ORDERED that:

1.   The mediation completion date currently set for February 28, 2013, is continued to April 29, 2013;

1  2. The status conference currently scheduled for March 7, 2013, at 9:00 a.m. is continued to __May 9, 2013 at 10:30 a.m.__;

3. The deadline for the filing of Plaintiff's FLSA 216(b) and Rule 23 Class Certification Motion, currently scheduled for May 17, 2013, is continued to July 16, 2013; and

4. The hearing on class certification currently scheduled for June 27, 2013, at 1:30 p.m. is continued to __August 22, 2013 at 1:30 p.m.__.

**IT IS SO ORDERED.**

Dated: __February 25__, 2013    _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*United States District Court Judge*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2276770.1
213499-10007

2

[Proposed] Order re Continuance of Mediation Completion Date