UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG VARTANIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE LEGAL INC. NATIONWIDE LEGAL, LLC, and DOES 1-100, inclusive,<br><br>Defendant. | Case No. CV 12-00691-WHO<br>**CLASS ACTION COMPLAINT**<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF MEDIATION COMPLETION DATE AND CLASS CERTIFICATION PROCEEDINGS**<br><br>Complaint Filed: February 13, 2012 |

The Court has considered the parties' Stipulation to continue the mediation completion date and other dates, and finds that it is in the interests of all parties and in the service of judicial economy that it be granted.

It is therefore ORDERED that:

1. The mediation completion date currently set for June 29, 2013, is continued to July 25, 2013;

2. The deadline for the parties to file their Post Mediation Status Conference statements is continued from July 5, 2013 to July 24, 2013.

3. The status conference previously scheduled for July 25, 2013, at 9:00 a.m., will be continued to July 30, 2013, at 2:00 p.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: ___July 2_____, 2013

_____
William H. Orrick
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2305145.1
213499-10007

2

[Proposed] Order re Continuance of Mediation Completion Date