UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG VARTANIAN,

    Plaintiff,

  v.

NATIONWIDE LEGAL, LLC, et al.,

    Defendants.

Case No. 12-cv-00691-WHO

**ORDER REGARDING COUNSEL**

For purposes of clarification, the Court informs counsel admitted in this action pro hac vice that they are still co-counsel of record and will be co-counsel of record until the Court grants a motion allowing them to withdraw pursuant to Civil Local Rule 11-5. All three pro hac vice counsel shall make arrangements to appear by phone for the hearing on October 23, 2013 at 2:00 p.m. to address counsel Chavez's motion to withdraw and defendants' motion for leave to file an amended answer.

**IT IS SO ORDERED**.

Dated: October 18, 2013



WILLIAM H. ORRICK
United States District Judge