1

2

3

4                         UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    GREG VARTANIAN,                          Case No.  12-cv-00691-WHO

                 Plaintiff,
8
           v.                                 **ORDER REGARDING COUNSEL**
9
     NATIONWIDE LEGAL, LLC, et al.,
10
                 Defendants.
11

12

13         For purposes of clarification, the Court informs counsel admitted in this action pro hac vice

14   that they are still co-counsel of record and will be co-counsel of record until the Court grants a

15   motion allowing them to withdraw pursuant to Civil Local Rule 11-5.  All three pro hac vice

16   counsel shall make arrangements to appear by phone for the hearing on October 23, 2013 at 2:00

17   p.m. to address counsel Chavez's motion to withdraw and defendants' motion for leave to file an

18   amended answer.

19         **IT IS SO ORDERED**.

20   Dated: October 18, 2013                  

21
                                              _____
22                                            WILLIAM H. ORRICK
                                              United States District Judge
23

24

25

26

27

28

United States District Court
Northern District of California