|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| GREG VARTANIAN,<br>        Plaintiff,<br>    v.<br>NATIONWIDE LEGAL, LLC, et al.,<br>        Defendants. | Case No.   12-cv-00691-WHO<br><br>**ORDER TO APPEAR AND ORDER TO SHOW CAUSE** |

By stipulation and Order dated February 13, 2014, plaintiff was to file his motion for preliminary approval of the class action settlement by **February 20, 2014**.  Docket No. 88.  Instead of filing the required motion for preliminary approval, on that date plaintiff filed a "status report" indicating that: "Due to unforeseen circumstances, Plaintiff's Counsel is unable to file the Motion for Preliminary Approval of Settlement Agreement with an executed Stipulation of Settlement and Release.  Counsel for Plaintiff and Defendants have conferred and Defendant has indicated it intends to file a motion to enforce the settlement."  Docket No. 89.

On March 5, 2014, defendants filed a motion to enforce the class action settlement that defendants believed was reached with plaintiff and his counsel.  Docket No. 96.  The motion to enforce is set for hearing on **April 9, 2014** at 2:00 p.m.

In violation of the Civil Local Rules, plaintiff has not filed an opposition or otherwise responded to defendants' motion to enforce.  Civ. L.R. 7-3.  In violation of this Court's Order, as of this date, plaintiff has not filed his motion for preliminary approval.

**All counsel and Mr. Vartanian shall appear on April 9, 2014, at 2:00 p.m. to SHOW CAUSE why this case should not be dismissed for failure to prosecute and failure to comply with the Local Rules and Orders of this Court**.  Fed. Rule Civ. Proc. 41(b).  Local counsel and Mr. Vartanian shall appear in person.  Pro Hac Vice counsel may appear by telephone, with prior

arrangement with my courtroom deputy (WHO_CRD@cand.uscourts.gov).

**IT IS SO ORDERED**.

Dated: March 26, 2014

WILLIAM H. ORRICK
United States District Judge